

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2016

No. 04-15-00824-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER appellant to file his brief on or before April 15, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court